UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

JERMAINE ANTONIO JACKSON, JR.,

Defendant.

_____/

Case: **2:26-cr-20120**
Assigned To : **Leitman, Matthew F.**
Referral Judge: **Stafford, Elizabeth A.**
Assign. Date : **3/3/2026**
Description: **IND USA v. JACKSON, JR (MC)**

Violations:  18 U.S.C. § 922(o)

**FILED**
MAR 03 2026
CLERK'S OFFICE
DETROIT

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
18 U.S.C. § 922(o)
*Illegal Possession of a Machinegun*

Between June 2, 2025 and June 12, 2025, in the Eastern District of Michigan, Southern Division, the defendant, Jermaine Antonio Jackson, Jr., knowingly possessed a machinegun, that is one (1) Glock Model 22, .40 caliber pistol equipped with a machinegun conversion device; in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

1

## FORFEITURE ALLEGATION
### 18 U.S.C. § 924(d) and 28 U.S.C. § 2461
*Criminal Forfeiture*

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18 United States Code Section 924(d) and Title 28, United States Code, Section 2461.

Upon conviction of the offense charged in Count One of this Indictment, Defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and 28 United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing violation of said offense, including but not limited to: one (1) Glock Model 22, .40 caliber pistol equipped with a machinegun conversion device and .40 caliber ammunition.

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

JEROME F. GORGON JR.
United States Attorney

*s/ Craig Wininger*
CRAIG WININGER
Chief, Violent and Major Crimes Unit
Assistant United States Attorney

*s/ Barbara Lanning*
Barbara Lanning
Assistant United States Attorney

Dated: March 3, 2026

2

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sl |
|---|---|

Case: **2:26-cr-20120**
Assigned To : **Leitman, Matthew F.**
Referral Judge: **Stafford, Elizabeth A.**
Assign. Date : **3/3/2026**
Description: **IND USA v. JACKSON,**
**JR (MC)**

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based on<br>**LCrR 57.10(b)(4)[1]:** | |
| ☐Yes ☑No | **AUSA's Initials: B.L.** |

**Case Title:** USA v. Jermaine Antonio Jackson, Jr.

**County where offense occurred:** Wayne

**Offense Type:** Felony

Indictment -- prior complaint **[Case No. 26-mj-30078]**

**Superseding Case Information**

**Superseding to Case No:** _____ **Judge:** _____

**Reason:**

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

_____March 3, 2026_____
Date

Barbara Lanning
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Barbara.Lanning@usdoj.gov
(313) 226-9103
Bar #: P79186

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.